**Order entered October 22 , 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00221-CR
### No. 05-13-00222-CR
### No. 05-13-00240-CR

**VICTOR JOEL SUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause Nos. F09-41419-K, F06-45426-K & F06-45427-K**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the March 12, 2014 motion of Kathleen Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Kathleen Walsh as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Victor Joel Suarez, TDCJ # 1838941, Bradshaw Unit, P.O. Box 9000, Henderson, Texas, 75653.

/s/    MOLLY FRANCIS
        JUSTICE